# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karla Solis,<br><br>        Plaintiff,<br><br>v.<br><br>Arizona Movers and Storage Incorporated, et al.,<br><br>        Defendants. | NO. CV-18-02353-PHX-JAT<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Joint Stipulation of Dismissal with Prejudice, that this case is dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

                      Brian D. Karth
                      District Court Executive/Clerk of Court

April 26, 2019

                      s/ Michelle Sanders
               By  Deputy Clerk